```
GARY M. RESTAINO
United States Attorney
District of Arizona
Ryan Powell
Assistant United States Attorney
Arizona State Bar No. 025695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ryan.powell@usdoj.gov
Attorneys for Plaintiff
```

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

MAR 22 2022

CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Davidson Williams, <br><br> Defendant. | No. CR-22-8016-PCT-GMS (JZB) <br><br> **INDICTMENT** <br><br> VIO: 18 U.S.C. § 641 <br>(Theft of Government Property) <br>Count 1 |

**THE GRAND JURY CHARGES:**

On or between April 24 and April 27, 2020, in the District of Arizona, the defendant DAVIDSON WILLIAMS, willfully and knowingly did steal property of the United States, of a value exceeding $1,000.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: March 22, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

_s/_
RYAN POWELL
Assistant U.S. Attorney