**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** May 4, 2022 |
| **USA v. Davidson Chee Williams** | **Case Number:** CR-22-08016-001-PCT-GMS |

**Assistant U.S. Attorney:** Paul V. Stearns for Ryan Donald Powell
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Summons ☐ Writ

**Detention Hearing – Continued**
Oral Motion to Continue the Detention Hearing by Defense Counsel to allow resolution of pending warrant. No objection by the Government. Oral Order by the Court granting Motion to Continue with good cause.
Defendant shall continue to be temporarily detained in the custody of the United States Marshal.

Parties are working toward a Misdemeanor resolution.

**Detention Hearing** set for Thursday, May 12, 2022 at 9:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**ARRAIGNMENT HEARING**
☒ Held ☐ Continued ☐ Submitted

Plea of NOT guilty entered to all pending counts.

☒ Defendant provided with copy of Indictment. ☒ Reading waived.

**Motion Deadline:** May 25, 2022.

**Jury Trial** set for Tuesday, July 5, 2022 at 9:00 a.m. before District Judge G. Murray Snow, in Courtroom 602, 401 West Washington Street, Phoenix, Arizona.

| | |
|---|---|
| **Recorded By** Courtsmart | **ARR** 1 min |
| **Deputy Clerk** Christina Davison | **DH** 4 min |
| | **Start:** 11:00 AM |
| | **Stop:** 11:05 AM |